IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION


| | | |
|---|---|---|
| IN RE:  MAURICE & DEIDRA L BYRD | ) | Chapter 07 |
| | ) | |
| | ) | |
| | ) | |
| – Creditor | ) | No. 08B15662 |
| J.P. Morgan Mortgage Acquisition Corp. | ) | |
| | ) | |
| v. | ) | Judge |
| | ) | Eugene R. Wedoff |
| MAURICE & DEIDRA L BYRD          – Debtor | ) | |
| | ) | |


NOTICE OF MOTION


TO:  SEE ATTACHED ADDRESSES


     PLEASE TAKE NOTICE THAT ON July 29, 2008 at 09:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Eugene R. Wedoff, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 744, and shall then and there present the attached Motion and at which time you may appear if you so desire.


CERTIFICATION


     I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on 7/21/08, with proper postage prepaid.

                                        PIERCE & ASSOCIATES, P.C.

**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY             /s/ Michael J. Halpin
INFORMATION OBTAINED WILL BE          ARDC#6239453
USED FOR THAT PURPOSE**

                                        1 North Dearborn
                                        Suite 1300
                                        Chicago, Illinois 60602
                                        312-346-9088
PA08-2871

NOTICE OF MOTION ADDRESSES

To Trustee:
David P.  Leibowitz
Law Offices of David P. Leibowitz
420 W. Clayton Street
Waukegan, Illinois  60085-4216
**By Electronic Notice through ECF**


To Debtor:
MAURICE & DEIDRA L BYRD
6850 South Champlain Avenue
Chicago, IL 60637
**By U.S. Mail**


2255 Chestnut Ave
Glenview, IL 60026
**By U.S. Mail**



To Attorney:
Forrest L. Ingram PC
79 West Monroe Street, Suite 1210
Chicago, Illinois 60603
**By Electronic Notice through ECF**




**PIERCE & ASSOCIATES, P.C.**
**Suite 1300**
**1 North Dearborn**
**Chicago, Illinois 60602**
**(312) 346-9088**



**PA08-2871**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RE: MAURICE & DEIDRA L BYRD, | ) | |
| | ) | |
| J.P. Morgan Mortgage Acquisition Corp., | ) | |
| Creditor, | ) | |
| vs. | ) | CASE NO. 08B15662 |
| | ) | JUDGE Eugene R. Wedoff |
| MAURICE & DEIDRA L BYRD, | ) | |
| Debtor, | ) | |
| | ) | |

### MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES J.P. Morgan Mortgage Acquisition Corp., by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 6850 South Champlain Avenue, Chicago, IL , be modified, stating as follows:

1. On June 18, 2008, the above captioned Chapter 7 was filed.

2. J.P. Morgan Mortgage Acquisition Corp. holds the first mortgage lien on the property located at 6850 South Champlain Avenue, Chicago, IL.

3. The debt is based on a June 25, 2007, Mortgage and Note in the original sum of $157,500.00.

4. The funds necessary to pay off J.P. Morgan Mortgage Acquisition Corp. on the above captioned account were approximately $175,663.65, plus reasonable attorneys' fees and costs, through July 2008. The debtor's schedule lists the fair market value of said property at $162,000.00.

5. The account is currently due and owing to J.P. Morgan Mortgage Acquisition Corp. for the November 2007 current

mortgage payment and those thereafter, plus reasonable

attorneys' fees and costs.

6. The Debtor's mailing address is different from 6850 South

   Champlain Avenue, Chicago, IL.

7. The debtor has no equity in the property located at 6850

   South Champlain Avenue, Chicago, IL, for the benefit of

   unsecured creditors.

8. J.P. Morgan Mortgage Acquisition Corp. continues to be

   injured each day it remains bound by the Automatic Stay.

9. J.P. Morgan Mortgage Acquisition Corp. is not adequately

   protected.

10. The property located at 6850 South Champlain Avenue,

    Chicago, IL is not necessary for the debtor's reorganization.

11. The Debtor has scheduled an intention to surrender the

    property.

12. No cause exists to delay the enforcement and implementation

    of relief and Bankruptcy Rule 4001(a)(3) should be waived.

   WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified

and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, plus

such other relief as this Court deems just.

                                    J.P. Morgan Mortgage Acquisition
                                    Corp.

                                    /s/Michael J. Halpin
                                    Michael J. Halpin ARDC#6239453
                                    Pierce and Associates, P.C.
                                    1 North Dearborn St.
                                    13th  Floor
                                    Chicago, Illinois 60602
                                    (312)346-9088