IN RE:   MAURICE & DEIDRA L BYRD                                    ) Chapter 07
                                                                    )
                                                                    )
                                                                    )
                                                     - Creditor     ) No. 08B15662
HSBC Bank USA, National Association as                              )
Trustee for Option One Mortgage Loan                                )
Trust 2007-HL1 Asset-Backed                                         )
Certificates, Series 2007-HL1                                       )
                                                                    )
                    v.                                              ) Judge
                                                                    )Eugene R. Wedoff
MAURICE & DEIDRA L BYRD                              Debtor         )
                                                                    )
David P. Leibowitz                                   - Trustee      )
                                                                    )

### ORDER MODIFYING STAY

This cause coming to be heard on the Motion of HSBC Bank USA, National Association as Trustee for Option One Mortgage Loan Trust 2007-HL1 Asset-Backed Certificates, Series 2007-HL1, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to HSBC Bank USA, National Association as Trustee for Option One Mortgage Loan Trust 2007-HL1 Asset-Backed Certificates, Series 2007-HL1 and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 7541 S Evans Ave, Chicago, IL 60619.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

DATED:  29 JUL 2008                ENTERED BY: _____
                                                Eugene R. Wedoff Bankruptcy Judge

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
PA No: 08-2366