IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  MAURICE & DEIDRA L BYRD | ) | Chapter 07 |
| | ) | |
| J.P. Morgan Mortgage Acquisition Corp. | - Creditor ) | No. 08B15662 |
| v. | ) | Judge |
| | ) | Eugene R. Wedoff |
| MAURICE & DEIDRA L BYRD | - Debtor ) | |
| David P. Leibowitz | - Trustee ) | |

### ORDER MODIFYING STAY

This cause coming to be heard on the Motion of J.P. Morgan Mortgage Acquisition Corp., a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to J.P. Morgan Mortgage Acquisition Corp. and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 6850 South Champlain Avenue, Chicago, IL 60637.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

DATED: __29 JUL 2008__           ENTERED BY: _____
                                            Eugene R. Wedoff Bankruptcy Judge

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois  60602
(312) 346-9088
PA No: 08-2871