IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 08-15662 |
| BYRD, MAURICE | ) | Honorable EUGENE R. WEDOFF |
| BYRD, DEIDRA L | ) | Chapter 7 |
| | ) | |
| | ) | Hearing Date: October 8, 2009 |
| Debtors. | ) | Hearing Time: 9:30 a.m. |

### Declaration of David P. Leibowitz, Jonathan T. Brand and Carrie A. Zuniga of Lakelaw In Accordance With Section 327 Of The Bankruptcy Code and Bankruptcy Rule 2014

We, David P. Leibowitz, Jonathan T. Brand and Carrie A. Zuniga of Lakelaw in accordance with Bankruptcy Rule 2014 and under penalty of perjury pursuant to 28 U.S.C. §1746, hereby declares:

1. We are attorneys at law, duly admitted to practice in this Court, and maintain an office for the practice of law at 420 W. Clayton Street, Waukegan, Illinois; that we are the proposed Attorneys named in the Application hereto attached.

2. To the best of our knowledge we have had no business, professional or other, in connection with the Debtor or with its attorney.

3. We represent no interest adverse to the aforesaid estate of the Debtor in the matters upon which we are to be engaged and know of no reason why we cannot faithfully discharge our duties as attorneys for the Trustee herein.

4. To the best of the Trustee's knowledge, David P. Leibowitz, Jonathan T. Brand and Carrie A. Zuniga of Lakelaw, have no connection with the Debtor, any creditor, any other party in interest including their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the U.S. Trustee, except that David P. Leibowitz is currently an active member of the U.S. Trustee's Panel.



5. Since 1991, David P. Leibowitz has been a member of the panel of private trustees from which all Chapter 7 and 11 Trustees in this District and Division are appointed by the United States Trustee for this District.

6. David P. Leibowitz is the managing member of Lakelaw mentioned in the application and such others as may be assigned to this matter under his supervision are qualified to act as counsel for the Chapter 7 Trustee.

7. Jonathan T. Brand and Carrie A. Zuniga are associates at Lakelaw. Each has significant experience representing trustees in various insolvency matters.

8. We make this declaration in accordance with Section 327 of the Bankruptcy Code and Bankruptcy Rule 2014.

Date: 9/30/09

_____
David P. Leibowitz

_____
Jonathan T. Brand

_____
Carrie A. Zuniga

David P. Leibowitz (Attorney ID 1612271)
Lakelaw
420 West Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100