UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 08-15662 |
|---|---|---|
| | § | |
| MAURICE BYRD | § | |
| DEIDRA L BYRD | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,702,688.26 | Assets Exempt: | $345,700.00 |
| Total Distributions to Claimants: | $124,150.38 | Claims Discharged Without Payment: | $4,983,824.17 |
| Total Expenses of Administration: | $12,251.83 | | |

3)  Total gross receipts of $136,402.21 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $136,402.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,886,394.93 | $30,324.67 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $13,189.33 | $12,251.83 | $12,251.83 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $8,400.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $4,551,839.91 | $4,807,895.82 | $4,807,895.82 | $124,150.38 |
| **Total Disbursements** | $6,446,634.84 | $4,851,409.82 | $4,820,147.65 | $136,402.21 |

4). This case was originally filed under chapter 7 on 06/18/2008. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/15/2010          By:   /s/ David P. Leibowitz
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 13925 Park Avenue Dolton, | 1122-000 | $3,039.00 |
| 2007 IL State Tax refund | 1124-000 | $10,200.00 |
| 2007 Federal tax return | 1129-000 | $123,070.69 |
| Interest Earned | 1270-000 | $92.52 |
| **TOTAL GROSS RECEIPTS** | | **$136,402.21** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cook County Treasurer | 4800-000 | $15,814.29 | $30,324.67 | $0.00 | $0.00 |
| | E-Trade Servicing Center | 4110-000 | $1,000,000.00 | NA | $0.00 | $0.00 |
| | Harris Bank | 4110-000 | $250,000.00 | NA | $0.00 | $0.00 |
| | Option One Mortgage Corporation | 4110-000 | $144,000.00 | NA | $0.00 | $0.00 |
| | Option One Mortgage Corporation | 4110-000 | $161,500.00 | NA | $0.00 | $0.00 |
| | Option One Mortgage Corporation | 4110-000 | $147,826.00 | NA | $0.00 | $0.00 |
| | Select Protfolio Servicing, Inc. | 4110-000 | $167,254.64 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,886,394.93** | **$30,324.67** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $10,069.46 | $10,069.46 | $10,069.46 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $148.80 | $148.80 | $148.80 |
| INTERNATIONAL | 2300-000 | NA | $131.07 | $131.07 | $131.07 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| SURETIES, LTD | | | | | |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,840.00 | $1,902.50 | $1,902.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $13,189.33 | $12,251.83 | $12,251.83 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| | Alexandria Hooper | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Illinois Department of Revenue | 5800-000 | $5,400.00 | NA | NA | $0.00 |
| | Internal Revenue Service | 5800-000 | $3,000.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $8,400.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 2 | Recovery Management Systems Corporation | 7100-000 | $7,364.26 | $7,403.26 | $7,403.26 | $191.17 |
| 3 | CHASE BANK USA | 7100-000 | $9,914.67 | $9,900.71 | $9,900.71 | $255.66 |
| 4 | CHASE BANK USA | 7100-000 | $22,000.00 | $22,461.41 | $22,461.41 | $580.00 |
| 5 | CHASE BANK USA | 7100-000 | $1,255.00 | $1,325.99 | $1,325.99 | $34.24 |
| 6 | CHASE BANK USA | 7100-000 | NA | $10,190.59 | $10,190.59 | $263.14 |
| 7 | Chase Bank USA, NA | 7100-000 | $8,400.00 | $18,388.88 | $18,388.88 | $474.84 |
| 8 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | $5,029.65 | $5,029.65 | $129.88 |
| 9 | US Bank Corp/Retail Payment Solutions | 7100-000 | $31,948.50 | $31,428.50 | $31,428.50 | $811.55 |
| 10 | American Express Centurion Bank | 7100-000 | $5,147.37 | $10,507.75 | $10,507.75 | $271.33 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | American Express Bank FSB | 7100-000 | $600.00 | $2,383.45 | $2,383.45 | $61.55 |
| 12 | American Express Bank FSB | 7100-000 | $303.42 | $408.42 | $408.42 | $10.55 |
| 13 | American Express Bank FSB | 7100-000 | $556.84 | $661.84 | $661.84 | $17.09 |
| 14 | Advanta Bank Corp | 7100-000 | $15,000.00 | $15,964.88 | $15,964.88 | $412.25 |
| 15 | American Express Bank FSB | 7100-000 | $5,397.31 | $5,374.93 | $5,374.93 | $138.79 |
| 16 | American Express Bank FSB | 7100-000 | NA | $6,097.54 | $6,097.54 | $157.45 |
| 17 | Wells Fargo Bank N.A., as Trustee for the Register | 7100-000 | $1,967,927.00 | $2,158,524.11 | $2,158,524.11 | $55,737.81 |
| 18 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | $13,798.25 | $15,040.21 | $15,040.21 | $388.37 |
| 19 | Heartland Bank | 7100-000 | NA | $218,339.32 | $218,339.32 | $5,638.00 |
| 20-2 | ShoreBank | 7100-000 | $996,709.77 | $1,051,248.74 | $1,051,248.74 | $27,145.54 |
| 21 | ShoreBank | 7100-000 | $1,173,838.79 | $1,217,215.64 | $1,217,215.64 | $31,431.17 |
| | ACE USA | 7100-000 | $152.32 | NA | NA | $0.00 |
| | Capital One Bank | 7100-000 | $594.16 | NA | NA | $0.00 |
| | Chase Home Finance LLC | 7100-000 | $20,000.00 | NA | NA | $0.00 |
| | Chase Visa | 7100-000 | $9,900.10 | NA | NA | $0.00 |
| | Heartland Bank | 7100-000 | $95,702.86 | NA | NA | $0.00 |
| | Heartland Bank | 7100-000 | $79,744.66 | NA | NA | $0.00 |
| | Heartland Bank | 7100-000 | $45,904.40 | NA | NA | $0.00 |
| | NARS | 7100-000 | $20,720.42 | NA | NA | $0.00 |
| | PRO Consulting Services, INc. | 7100-000 | $11,785.94 | NA | NA | $0.00 |
| | RAB Inc. | 7100-000 | $7,087.56 | NA | NA | $0.00 |
| | Travelers Insurance RMS | 7100-000 | $86.31 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $4,551,839.91 | $4,807,895.82 | $4,807,895.82 | $124,150.38 |

**UST Form 101-7-TDR (10/1/2010)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 08-15662 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BYRD, MAURICE AND BYRD, DEIDRA L | | Date Filed (f) or Converted (c): | 06/18/2008 (f) |
| For the Period Ending: | 10/15/2010 | | §341(a) Meeting Date: | 07/15/2008 |
| | | | Claims Bar Date: | 10/17/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 6850 Champlain | $162,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | 13925 Park Avenue Dolton, | $160,000.00 | $16,000.00 | DA | $3,039.00 | FA |
| **Asset Notes:** | Per Debtors' attorney. All funds sent to Trustee were for 13925 Propery. | | | | | |
| 3 | 7541 S Evans Ave Chicago | $161,500.00 | $0.00 | DA | $0.00 | FA |
| 4 | 2255 Chestnut Ave Glenview | $1,250,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | 9817 Ellis Chicago, | $155,000.00 | $7,174.00 | DA | $0.00 | FA |
| 6 | 1338 W 107th Place, Chicago, | $190,000.00 | $190,000.00 | DA | $0.00 | FA |
| 7 | Checking Account Washington Mutual Account # 030 | $25.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | 0309-0000101372-7 | | | | | |
| 8 | Saving Account Washington Mutual | $356.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Savings Acct 067-1012499-9 | | | | | |
| 9 | Household goods and furniture | $6,650.00 | $3,281.00 | DA | $0.00 | FA |
| 10 | Books, Pictures and CDs | $50.00 | $0.00 | DA | $0.00 | FA |
| 11 | Clothes | $3,400.00 | $0.00 | DA | $0.00 | FA |
| 12 | Wedding Ring | $1,800.00 | $0.00 | DA | $0.00 | FA |
| 13 | Profit Sharing Retirement Account at Walgreens | $304,000.00 | $0.00 | DA | $0.00 | FA |
| 14 | ELB Capital LLC - Company not in good standing | $0.00 | $0.00 | DA | $0.00 | FA |
| 15 | Farrand Park LLC - company voluntarily dissolved | $0.00 | $0.00 | OA | $0.00 | FA |
| 16 | Ande Management, Inc. | $0.00 | $0.00 | DA | $0.00 | FA |
| 17 | Dryb Development Inc. Voluntarily dissolved 2006 | $0.00 | $0.00 | DA | $0.00 | FA |
| 21 | Washington Mutual Checking Account Acct # 309-10 | $1,651.67 | $451.67 | DA | $0.00 | FA |
| 22 | Washington Mutual Checking account 309-101307-4 | $1,955.59 | $755.59 | DA | $0.00 | FA |
| 27 | Profit Sharing Retirement Account at Walgreens | $304,000.00 | $304,000.00 | DA | $0.00 | FA |
| 32 | 2007 Federal tax return | $125,830.00 | $125,830.00 | | $123,070.69 | FA |
| 33 | 2007 IL State Tax refund | $10,026.00 | $10,026.00 | | $10,200.00 | FA |
| 34 | Desktop Computer. | $300.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $92.52 | Unknown |

**TOTALS (Excluding unknown value)**                                                                     **Gross Value of Remaining Assets**

$2,838,544.26      $657,518.26                        $136,402.21      $0.00

**Major Activities affecting case closing:**

**FORM 1**

Page No: 2

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 08-15662 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BYRD, MAURICE AND BYRD, DEIDRA L | Date Filed (f) or Converted (c): | 06/18/2008 (f) |
| For the Period Ending: | 10/15/2010 | §341(a) Meeting Date: | 07/15/2008 |
| | | Claims Bar Date: | 10/17/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| claims ovjections resolved ready for TFR. | | | | | |
| ready for TFR 01/12/10 | | | | | |
| 07/07/2010 TFR done - ready for TFA | | | | | |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/15/2009 |
| **Current Projected Date Of Final Report (TFR):** | 09/12/2010 |

**FORM 2**

Page No: 1

Case 08-15662  Doc 76  Filed 10/15/10  Entered 10/15/10 11:13:10  Desc Main
Document  Page 8 of 13

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| **Case No.** | 08-15662 | | | **Trustee Name:** | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| **Case Name:** | BYRD, MAURICE AND BYRD, DEIDRA L | | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******9945 | | | **Money Market Acct #:** | ******6765 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 6/18/2008 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/15/2010 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********6765 | 9999-000 | $136,258.07 | | $136,258.07 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $6.53 | | $136,264.60 |
| 05/25/2010 | (INT) | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | $6.54 | | $136,271.14 |
| 05/25/2010 | | To Account #**********6766 | In preparation of Distribution | 9999-000 | | $136,271.14 | $0.00 |
| | | | **TOTALS:** | | $136,271.14 | $136,271.14 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $136,258.07 | $136,271.14 | |
| | | | **Subtotal** | | $13.07 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $13.07 | $0.00 | |

| **For the period of 6/18/2008 to 10/15/2010** | | **For the entire history of the account between 04/06/2010 to 10/15/2010** | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $13.07 | Total Compensable Receipts: | $13.07 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13.07 | Total Comp/Non Comp Receipts: | $13.07 |
| Total Internal/Transfer Receipts: | $136,258.07 | Total Internal/Transfer Receipts: | $136,258.07 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $136,271.14 | Total Internal/Transfer Disbursements: | $136,271.14 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 08-15662 | **Trustee Name:** David Leibowitz |
| **Case Name:** | BYRD, MAURICE AND BYRD, DEIDRA L | **Bank Name:** The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******9945 | **Checking Acct #:** ******6766 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Checking Account |
| **For Period Beginning:** | 6/18/2008 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 10/15/2010 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/25/2010 | | From Account #**********6765 | In preparation of Distribution | 9999-000 | $136,271.14 | | $136,271.14 |
| 05/25/2010 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $148.80, Trustee Expenses; Reference: | 2200-000 | | $148.80 | $136,122.34 |
| 05/25/2010 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $10,069.46, Trustee Compensation; Reference: | 2100-000 | | $10,069.46 | $126,052.88 |
| 05/25/2010 | 103 | Lakelaw | Dividend paid 100.00% on $1,902.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | $1,902.50 | $124,150.38 |
| 05/25/2010 | 104 | Recovery Management Systems Corporation | Dividend paid 2.58% on $7,403.26; Claim# 2; Filed: $7,403.26; Reference: | 7100-000 | | $191.17 | $123,959.21 |
| 05/25/2010 | 105 | CHASE BANK USA | Dividend paid 2.58% on $9,900.71; Claim# 3; Filed: $9,900.71; Reference: | 7100-000 | | $255.66 | $123,703.55 |
| 05/25/2010 | 106 | CHASE BANK USA | Dividend paid 2.58% on $22,461.41; Claim# 4; Filed: $22,461.41; Reference: | 7100-000 | | $580.00 | $123,123.55 |
| 05/25/2010 | 107 | CHASE BANK USA | Dividend paid 2.58% on $1,325.99; Claim# 5; Filed: $1,325.99; Reference: | 7100-000 | | $34.24 | $123,089.31 |
| 05/25/2010 | 108 | CHASE BANK USA | Dividend paid 2.58% on $10,190.59; Claim# 6; Filed: $10,190.59; Reference: | 7100-000 | | $263.14 | $122,826.17 |
| 05/25/2010 | 109 | Chase Bank USA, NA | Dividend paid 2.58% on $18,388.88; Claim# 7; Filed: $18,388.88; Reference: | 7100-000 | | $474.84 | $122,351.33 |
| 05/25/2010 | 110 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 2.58% on $5,029.65; Claim# 8; Filed: $5,029.65; Reference: | 7100-000 | | $129.88 | $122,221.45 |
| 05/25/2010 | 111 | US Bank Corp/Retail Payment Solutions | Dividend paid 2.58% on $31,428.50; Claim# 9; Filed: $31,428.50; Reference: | 7100-000 | | $811.55 | $121,409.90 |
| 05/25/2010 | 112 | American Express Centurion Bank | Dividend paid 2.58% on $10,507.75; Claim# 10; Filed: $10,507.75; Reference: | 7100-000 | | $271.33 | $121,138.57 |
| 05/25/2010 | 113 | American Express Bank FSB | Dividend paid 2.58% on $2,383.45; Claim# 11; Filed: $2,383.45; Reference: | 7100-000 | | $61.55 | $121,077.02 |
| 05/25/2010 | 114 | American Express Bank FSB | Dividend paid 2.58% on $408.42; Claim# 12; Filed: $408.42; Reference: | 7100-000 | | $10.55 | $121,066.47 |
| 05/25/2010 | 115 | American Express Bank FSB | Dividend paid 2.58% on $661.84; Claim# 13; Filed: $661.84; Reference: | 7100-000 | | $17.09 | $121,049.38 |
| 05/25/2010 | 116 | Advanta Bank Corp | Dividend paid 2.58% on $15,964.88; Claim# 14; Filed: $15,964.88; Reference: | 7100-000 | | $412.25 | $120,637.13 |
| 05/25/2010 | 117 | American Express Bank FSB | Dividend paid 2.58% on $5,374.93; Claim# 15; Filed: $5,374.93; Reference: | 7100-000 | | $138.79 | $120,498.34 |
| 05/25/2010 | 118 | American Express Bank FSB | Dividend paid 2.58% on $6,097.54; Claim# 16; Filed: $6,097.54; Reference: | 7100-000 | | $157.45 | $120,340.89 |
| 05/25/2010 | 119 | Wells Fargo Bank N.A., as Trustee for the Register | Dividend paid 2.58% on $2,158,524.11; Claim# 17; Filed: $2,158,524.11; Reference: | 7100-000 | | $55,737.81 | $64,603.08 |
| 05/25/2010 | 120 | FIA CARD SERVICES, N.A./BANK OF | Dividend paid 2.58% on $15,040.21; Claim# 18; Filed: $15,040.21; Reference: | 7100-000 | | $388.37 | $64,214.71 |
| | | | **SUBTOTALS** | | $136,271.14 | $72,056.43 | |

Page No: 3
Case 08-15662 Doc 76 Filed 10/15/10 Entered 10/15/10 11:13:10 Desc Main
Document Page 10 of 13
Exhibit 9
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 08-15662 | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | BYRD, MAURICE AND BYRD, DEIDRA L | | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******9945 | | | **Checking Acct #:** | ******6766 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 6/18/2008 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/15/2010 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/25/2010 | 121 | Heartland Bank | Dividend paid  2.58% on $218,339.32; Claim# 19; Filed: $218,339.32; Reference: | 7100-000 | | $5,638.00 | $58,576.71 |
| 05/25/2010 | 122 | ShoreBank | Dividend paid  2.58% on $1,051,248.74; Claim# 20 -2; Filed: $1,051,248.74; Reference: | 7100-000 | | $27,145.54 | $31,431.17 |
| 05/25/2010 | 123 | ShoreBank | Dividend paid  2.58% on $1,217,215.64; Claim# 21; Filed: $1,217,215.64; Reference: | 7100-000 | | $31,431.17 | $0.00 |
| | | | **TOTALS:** | | $136,271.14 | $136,271.14 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $136,271.14 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $136,271.14 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $136,271.14 | |

| For the period of  6/18/2008 to 10/15/2010 | | For the entire history of the account between 05/25/2010 to 10/15/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $136,271.14 | Total Internal/Transfer Receipts: | $136,271.14 |
| | | | |
| Total Compensable Disbursements: | $136,271.14 | Total Compensable Disbursements: | $136,271.14 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $136,271.14 | Total Comp/Non Comp  Disbursements: | $136,271.14 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 08-15662 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BYRD, MAURICE AND BYRD, DEIDRA L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9945 | | Money Market Acct #: | ******6765 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 6/18/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/11/2008 | (33) | Deidra L Byrd | Cashier's check from WaMU | 1124-000 | $10,200.00 | | $10,200.00 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $0.44 | | $10,200.44 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.72 | | $10,201.16 |
| 01/11/2009 | (2) | Housing Authority of Cook County | Pamela Moore October Rent | 1122-000 | $873.00 | | $11,074.16 |
| 01/11/2009 | (2) | Housing Authority of Cook County | Pamela Moore | 1122-000 | $1,083.00 | | $12,157.16 |
| 01/11/2009 | (2) | Housing Authority of CookCounty | Pamela Moore - November Rent | 1122-000 | $1,083.00 | | $13,240.16 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.49 | | $13,240.65 |
| 02/03/2009 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-15662, 2009 Blanket Bond at .80/$1000 | 2300-000 | | $0.02 | $13,240.63 |
| 02/03/2009 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-15662, 2009 Blanket Bond at .80/$1000 | 2300-003 | | ($0.02) | $13,240.65 |
| 02/03/2009 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-15662, 2009 Blanket Bond Premium | 2300-000 | | $11.45 | $13,229.20 |
| 02/03/2009 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #08-15662, 2009 Blanket Bond Premium | 2300-003 | | ($11.45) | $13,240.65 |
| 02/09/2009 | (32) | United States Treasury | Tax Refund | 1129-000 | $123,070.69 | | $136,311.34 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.34 | | $136,314.68 |
| 03/09/2009 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #08-15662 | 2300-000 | | $16.54 | $136,298.14 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $5.93 | | $136,304.07 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $5.56 | | $136,309.63 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $5.37 | | $136,315.00 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $5.93 | | $136,320.93 |
| | | | **SUBTOTALS** | | $136,337.47 | $16.54 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15662 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BYRD, MAURICE AND BYRD, DEIDRA L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9945 | | Money Market Acct #: | ******6765 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 6/18/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $5.74 | | $136,326.67 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $5.74 | | $136,332.41 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $5.56 | | $136,337.97 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $5.56 | | $136,343.53 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $5.74 | | $136,349.27 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $5.74 | | $136,355.01 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $5.37 | | $136,360.38 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $5.19 | | $136,365.57 |
| 03/04/2010 | 1004 | INTERNATIONAL SURETIES, LTD | Bond #016026455 | 2300-000 | | $114.53 | $136,251.04 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $6.11 | | $136,257.15 |
| 04/06/2010 | | Wire out to BNYM account ********6765 | Wire out to BNYM account ********6765 | 9999-000 | ($136,258.07) | | ($0.92) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.92 | | $0.00 |
| | | | **TOTALS:** | | $131.07 | $131.07 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($136,258.07) | $0.00 | |
| | | | **Subtotal** | | $136,389.14 | $131.07 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $136,389.14 | $131.07 | |

| For the period of 6/18/2008 to 10/15/2010 | | For the entire history of the account between 11/11/2008 to 10/15/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $136,389.14 | Total Compensable Receipts: | $136,389.14 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $136,389.14 | Total Comp/Non Comp Receipts: | $136,389.14 |
| Total Internal/Transfer Receipts: | ($136,258.07) | Total Internal/Transfer Receipts: | ($136,258.07) |
| | | | |
| Total Compensable Disbursements: | $131.07 | Total Compensable Disbursements: | $131.07 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $131.07 | Total Comp/Non Comp Disbursements: | $131.07 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No.              | 08-15662                            | Trustee Name:              | David Leibowitz        |
|-----------------------|-------------------------------------|----------------------------|------------------------|
| Case Name:            | BYRD, MAURICE AND BYRD, DEIDRA L    | Bank Name:                 | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******9945                         | Money Market Acct #:       | ******6765             |
| Co-Debtor Taxpayer ID #: |                                  | Account Title:             | Money Market Account   |
| For Period Beginning: | 6/18/2008                           | Blanket bond (per case limit): | $5,000,000.00      |
| For Period Ending:    | 10/15/2010                          | Separate bond (if applicable): |                    |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $136,402.21 | $136,402.21 | $0.00 |

**For the period of 6/18/2008 to 10/15/2010**

| Total Compensable Receipts: | $136,402.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $136,402.21 |
| Total Internal/Transfer Receipts: | $136,271.14 |
| | |
| Total Compensable Disbursements: | $136,402.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $136,402.21 |
| Total Internal/Transfer Disbursements: | $136,271.14 |

**For the entire history of the case between 06/18/2008 to 10/15/2010**

| Total Compensable Receipts: | $136,402.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $136,402.21 |
| Total Internal/Transfer Receipts: | $136,271.14 |
| | |
| Total Compensable Disbursements: | $136,402.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $136,402.21 |
| Total Internal/Transfer Disbursements: | $136,271.14 |